IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHANE LUNCEFORD**,<br><br>       Plaintiff,<br><br>       v.<br><br>**JEFFREY R. CARSON, CHRISTEN CARSON, and CARSON KUSTOMS, LLC**,<br><br>       Defendants. | Case No. 3:22-cv-1387-SI<br><br>**JUDGMENT** |

Based on the Court's ORDERS,

**IT IS ADJUDGED** that:

(1) Plaintiff shall recover damages against Defendants Jeffrey R. Carson and Carson Kustoms, LLC, joint and severally, in the amount of $243,960.00;

(2) Plaintiff also shall recover damages against Defendant Carson Kustoms, LLC in the amount of $139,996.47;

(3) Plaintiff also shall recover prejudgment interest against Defendant Carson Kustoms, LLC in the amount of $60,374.92;

(4) Plaintiff also shall recover attorney's fees and costs to be determined by the Court against Defendants Jeffrey R. Carson and Carson Kustoms, LLC; and

PAGE 1 – JUDGMENT

(5)  Plaintiff also shall recover against Defendants Jeffrey R. Carson and Carson Kustoms, LLC post-Judgment simple interest at the annual rate of 5.36 percent from the date of this Judgment until paid in full.

DATED this 15th day of August, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT